```
                    UNITED STATES DISTRICT COURT
                    MIDDLE DISTRICT OF TENNESSEE
                         NASHVILLE DIVISION
```

BOBBY D. GREEN            ]
    Petitioner,         ]
                        ]
v.                        ]      No. 3:11-1120
                        ]      Judge Trauger
STATE OF TENNESSEE        ]
    Respondent.         ]


## O R D E R

By an order (Docket Entry No.15) entered December 27, 2011, the instant *pro se* habeas corpus action was dismissed for want of prosecution. An appeal of that ruling was also dismissed for want of prosecution. Docket Entry No.51.

The petitioner has since filed what is liberally being construed as a motion to reconsider (Docket Entry No.52) the dismissal of the instant action.

The finds no merit in the petitioner's motion to reconsider. Accordingly, said motion is hereby DENIED.

It is so ORDERED.

                                                  _____
                                                Aleta A. Trauger
                                                United States District Judge